UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| BRETT MICHAELS CHILTON, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 1:23-CV-214 RLW |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent, | ) |

## MEMORANDUM AND ORDER

Self-represented petitioner Brett Chilton filed the instant application for writ of habeas corpus brought pursuant to 28 U.S.C. § 2241 on December 6, 2023. [ECF No. 1]. In his application for writ, petitioner alleges that his pretrial detention by the United States Government in Saint Genevieve County Jail, in the case *United States v. Chilton*, No. 1:23-CR-52 RWS (E.D. Mo.), is illegal under the Missouri Second Amendment Preservation Act.

Although it is not titled as such, this filing appears to be a supplemental petition for another case initiated by petitioner in this Court litigating the same issues: *Chilton v. United States*, No. 1:23-CV-180 AGF (E.D. Mo.). In that case, petitioner also asserts that he is being illegally detained by the United States Government in the criminal case *United States v. Chilton*, No. 1:23-CR-52 RWS (E.D. Mo.). He similarly asserts as one of his grounds for relief that his detainment is illegal under the Missouri Second Amendment Preservation Act.

As such, the Clerk of Court will be directed to transfer petitioner's application for writ to *Chilton v. United States*, No. 1:23-CV-180 AGF (E.D. Mo.), file it as a supplement to his original petition in that action, return the $5.00 filing fee to petitioner and, finally, administratively terminate the present action.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall transfer petitioner's application for writ of habeas corpus filed in this action to the case of *Chilton v. United States*, No. 1:23-CV-180 AGF (E.D. Mo.) and file it as a supplement to petitioner's petition for habeas corpus in that action.

**IT IS FURTHER ORDERED** that the Clerk shall return petitioner's $5.00 filing fee.

**IT IS FINALLY ORDERED** that the Clerk shall administratively terminate the present action.

*/s/ Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 12th day of December, 2023.